**NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER**

**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-25-0000855**
**17-JUN-2026**
**07:58 AM**
**Dkt. 33 OAWST**

NO. CAAP-25-0000855


IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I


THE BANK OF NEW YORK MELLON fka THE BANK OF NEW YORK as Successor Indenture Trustee to JPMORGAN CHASE BANK, N.A., as Indenture Trustee for the CWHEQ REVOLVING HOME EQUITY LOAN TRUST, SERIES 2005-E, Plaintiff-Appellee,
v.
MIA BAN, Defendant-Appellant,
and
UNITED STATES OF AMERICA; BANK OF AMERICA, N.A., Defendants-Appellees,
and
DOES 1 THROUGH 20, INCLUSIVE, Defendants.
(CASE NO. 1CC181000084)


U.S. BANK TRUST NATIONAL ASSOCIATION, Not in Its Individual Capacity, but Solely as a Trustee of the TRUMAN 2021 SC9 TITLE TRUST, Plaintiff-Appellee,
v.
MIA BAN, Defendant-Appellant,
and
THE BANK OF NEW YORK MELLON fka THE BANK OF NEW YORK as Successor Indenture Trustee to JPMORGAN CHASE BANK, N.A., as Indenture Trustee for the CWHEQ REVOLVING HOME EQUITY LOAN TRUST, SERIES 2005-E; UNITED STATES OF AMERICA – DEPARTMENT OF THE TREASURY - INTERNAL REVENUE SERVICE, Defendants-Appellees,
and

JOHN DOES 1-20; JANE DOES 1-20; DOE CORPORATIONS 1-20; DOE ENTITIES 1-20 AND DOE GOVERNMENTAL UNITS 1-20, Defendants. (CASE NO. 1CCV-19-0002206)

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT

ORDER APPROVING STIPULATION FOR DISMISSAL OF APPEAL
(By: Nakasone, Chief Judge, Wadsworth and Gluck, JJ.)

Upon consideration of the May 22, 2026 "Stipulation for Dismissal with Prejudice of Defendant Mia Ban's Notice of Appeal to the Intermediate Court of Appeals of the State of Hawaii from the October 6, 2025 Judgment, Filed Herein on December 5, 2025" filed by Plaintiff-Appellee U.S. Bank Trust National Association, Not in Its Individual Capacity, but Solely as Trustee of the Truman 2021 SC9 Title Trust, and the record, it appears that: (1) the appeal has been docketed, (2) the parties stipulate to dismiss the appeal and bear their own attorneys' fees and costs on appeal, (3) the stipulation is dated and signed by counsel for all parties appearing in the appeal, and (4) dismissal is authorized by Hawaiʻi Rules of Appellate Procedure Rule 42(b).

Therefore, IT IS HEREBY ORDERED that the stipulation is approved and the appeal is dismissed. The parties shall bear their own attorneys' fees and costs on appeal.

DATED: Honolulu, Hawaiʻi, June 17, 2026.

/s/ Karen T. Nakasone
Chief Judge

/s/ Clyde J. Wadsworth
Associate Judge

/s/ Daniel M. Gluck
Associate Judge